# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1563.  PHILLIP CARAWAY, et al. v. MATT TOLAND SPILLERS.**

On September 26, 2013, the superior court entered an order granting summary judgment to the plaintiff.  Defendants Phillip and Wendy Caraway moved for an extension of time to file an appeal, asserting that they had not been provided with timely notice of the court's judgment.  The trial court granted their motion, and the Caraways filed a notice of appeal on January 15, 2014.[1]  We lack jurisdiction.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days after entry of an appealable order.  Here, the Caraways filed their notice of appeal 111 days after the summary judgment order was entered.  Although the trial court purportedly granted them an extension of time to file their appeal, out-of-time appeals are not permitted in civil cases.  See *Woodall v. Woodall*, 248 Ga. 172 (281 SE2d 619) (1981).  Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.

We note that the Caraways' request for an extension was based on an assertion that they did not receive timely notice of the court's judgment.  Under such circumstances, their remedy is to seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980); see also *Cameron v. Miles*, 304 Ga. App. 161 (695 SE2d 691) (2010).

---

[1] The Caraways directed their appeal to the Supreme Court, which transferred the matter here.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>05/16/2014</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*    *, Clerk.*